UNITED STATES SUPREME COURTS
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | | |
| 2 | DAVID HILL (#200129741) | EDCV22-253-JLS (AFM) |
| 3 | PLANTIFF | |
| 4 | Riverside county etal | VACINES FOR COVID 19 |
| 5 | DEFENDANTS | MALFUNCTION/ CAUSING SICKNESSES. |

6
7    I WAS TOLD IF I TOOK THE COVID-19 VAC-
8 cine I would BE SAFE FROM CONTRATING THE
9 VIRUS. well I've TAKEN THE VACINES AND I'Ve
10 CONTACTED THE VIRUS TWICE (2X). And I FEEL
11 I've BEEN MANIPULATED And LIED TOO. IN
12 THIS pandemic I've Become SICK TWICE
13 And NOTHINGS BEEN DONE EXCEPT MY Housing
14 HAS BEEN cHanged. I WISH To BE RELEASE
15 And would like moneTary gain.
16
17
18
19
20    2/2/22                    David Hill
21    DATE                          sign
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DAVID <sup>#</sup>Hill #20212974I
1627 S. HARGRAVE ST.
BANNING, CA. 92220



CLERK, U.S. DISTRICT COURT

FEB - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SN BERNARDINO CA 923
4 FEB 2022 PM 5 L



UNITED STATES SUPREME COURTS
CENTRAL DISTRICT OF CALIFORNIA
COUNTY OF CLERKS
255 TEMPLE ST.
LOS ANGELES, CA. 90012

N6598

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131